U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Pipe Fitters' Retirement Fund, et al.

v.                                            17 CV 4624

Omblis, Inc.

An appearance is hereby filed by the undersigned attorney for: Omblis, Inc.

Attorney name:   Rishi Agrawal
Firm:            The Agrawal Firm, LLC
Address:         415 N. LaSalle Street, Suite 502
                 Chicago, IL 60654

Bar Id number: 6256915          Telephone number: 312-527-5440
Email address: rishi@agrawalfirm.com

Rishi Agrawal is acting as Lead Counsel in the matter.

Rishi Agrawal is not acting as local counsel.

Rishi Agrawal is not a member of the trial court's bar.

Rishi Agrawal will act as lead attorney if this matter goes to trial.


In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.


Executed on: September 7, 2017

Attorney Signature: /s/ Rishi Agrawal