UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Pipe Fitters' Retirement Fund, Local 597, et al.
                                                          Plaintiff,
v.                                                        Case No.: 1:17−cv−04624
                                                          Honorable John Robert Blakey
Omblis, Inc.
                                                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 20, 2017:

    MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 12/20/2017. Based upon the representation of counsel, this case is dismissed without prejudice. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.